PROB 22
(Rev. 11/23)

# TRANSFER OF JURISDICTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/24

DOCKET NUMBER (Tran. Court)
1:14-CR-00805-01 (KMW)

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT |
|---|---|
| James Maraden<br>Las Vegas, NV | SOUTHERN DISTRICT OF NEW YORK |
| | NAME OF SENTENCING JUDGE |
| | Kimba M. Wood, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 10/26/2023 TO 10/25/2028 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 USC 846 and 21 USC 841 (b)(1)(A), a Class A Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_5/21/24_
Date

_Kimba M. Wood_
United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of James Maraden's supervision from the Southern District of New York to the District of Nevada, the sealed records of the Court in the above-styled matter relating to James Maraden are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Nevada and to the Probation Department in that district.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

June 13, 2024
Effective Date

_James C. Mahan_
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: James Maraden

Case No.:  To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

June 9, 2024

TO:     United States District Judge

On November 10, 2015, Mr. Maraden was sentenced in the Southern District of New York to 135 months imprisonment followed by 5 years of supervised release for committing the offense of Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine (Case # 14CR805-01). On October 30, 2023, his supervision commenced in the District of Nevada.

Mr. Maraden has significant ties to our community and intends to remain in our district for the duration of supervised release. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Kimba M. Wood agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

_____
Zachary Warner
United States Probation Officer

Digitally signed by Zack Warner
Date: 2024.06.10 18:22:26 -07'00'

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer

Digitally signed by Steve Goldner
Date: 2024.06.10 11:11:50 -07'00'